Dismissed and Memorandum Opinion filed June 24, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00212-CV

____________

 

DOV AVNI KAMINETZKY A/K/A DOV K. AVNI, Appellant

 

V.

 

FROST NATIONAL BANK OF SAN ANTONIO TEXAS F/K/A CULLEN CENTER
BANK & TRUST, SUSAN RACQUEL SCHAFER, CYNTHIA VICTORIA LENTINO, AND MARIA
RACQUEL LENTINO, Appellees

 



 

On Appeal from the 61st District Court 

Harris County, Texas

Trial Court Cause No. 1999-09390

 



 

MEMORANDUM
OPINION

This is an attempted appeal from a judgment signed July 31, 2009.
 Appellant’s notice of appeal was filed February 27, 2010.

The notice of appeal must be filed within thirty days after
the judgment is signed when appellant has not filed a timely motion for new
trial, motion to modify the judgment, motion to reinstate, or request for
findings of fact and conclusion of law.  See Tex. R. App. P. 26.1.

Appellant’s notice of appeal was not filed timely.  A motion
for extension of time is necessarily implied when an appellant, acting in good
faith, files a notice of appeal beyond the time allowed by rule 26.1, but
within the fifteen-day grace period provided by Rule 26.3 for filing a motion
for extension of time.  See Verburgt v. Dorner, 959 S.W.2d 615, 617-18
(1997) (construing the predecessor to Rule 26).  Appellant’s notice of appeal
was not filed within the fifteen-day period provided by rule 26.3

On June 2, 2010, appellees filed a motion to dismiss the
appeal for want of jurisdiction.  Appellant filed no response. 

 The court, having determined it lacks jurisdiction over the
appeal, orders the appeal dismissed.

 

PER CURIAM

 

Panel consists of Justices
Anderson, Frost, and Seymore.